# Court of Appeals
# of the State of Georgia

ATLANTA, August 28, 2013

*The Court of Appeals hereby passes the following order*

**A13D0512. ALEX HIGDON v. JANE HIGDON.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

12GR064624 12GR064625 12GR064626



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, August 28, 2013.*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*